

# IN THE
# TENTH COURT OF APPEALS

No. 10-22-00372-CV

## IN RE QUANAH C. WYLIE

Original Proceeding

**From the County Court at Law
Navarro County, Texas
Trial Court No. C22-30620-CV**

## MEMORANDUM  OPINION

Relator Quanah C. Wylie's "Petition for Writ of Mandamus" is denied.  Relator's

"Motion for Emergency Stay" is dismissed as moot.

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Petition denied
Opinion delivered and filed November 30, 2022
[OT06]